1 | JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 | 2900 BRISTOL STREET, SUITE A208
COSTA MESA, CA 92626
3 | Telephone: (949) 722-0055
Fax: (949) 722-8416
4 |
Attorney for: PLAINTIFF
5 |



6 |

7 |                    UNITED STATES DISTRICT COURT

8 |                   CENTRAL DISTRICT OF CALIFORNIA

9 |                         MC 14-01147

10 | UNITED STATES OF AMERICA,        No. MISC

11 |                  Plaintiff,

12 |        vs.                       REGISTRATION OF JUDGMENT
                                      (42 U.S.C.  707 (H) (3))
13 | LEONARD FLETCHER,

14 |                  Defendant

15 |

16 | To the Clerk of the above entitled court:

17 |     Please register in your records the attached Certified Copy

18 | of Judgment of the State Court of the State of Texas, for the

19 | County of Travis, entered March 31, 1993, under cause number

20 | 212,498.  Said Judgment was entered in favor of the State of

21 | Texas, and was assigned to the United States of America on March

22 | 15, 1993, by the attached original Assignment of Judgment.

23 |     Registration is authorized by the Health Professional

24 | Education Extension Amendments of 1992, and particularly section

25 | 707 (h) (3) thereof.

26 |

27 | DATED: November 18, 2014

28 |                                  JACQUELYNE M. NGUYEN
                                      ATTORNEY FOR THE PLAINTIFF



H 571 80 7395 02B
LEONARD G. FLETCHER

## RETURN OF CITATION BY AUTHORIZED PERSON

Came to hand on MAY 27, 1992 at 9:00 o'clock A m., Cause No. 212,498.

Executed at Austin, Texas, within the County of Travis at 9:30 o'clock
A m., on MAY 27, 1992 by delivering to the Texas Secretary of State, P.O. Box
12887, Capitol Station, Austin, Texas   78701, via Certified Mail.  Return
receipt requested, receipt number 150,044_____, duplicate copies of this
citation with true copies of the Plaintiff's ORIGINAL Petition attached thereto.

By: _____
KAY JOHNSONIUS
Assistant Attorney General
Bar No. 10831900
P.O. Box 12788, Capitol Station
Austin, Texas  78711
(512)  483-6340

ATTORNEY FOR PLAINTIFF

## V E R I F I C A T I O N

STATE OF TEXAS      }

COUNTY OF TRAVIS  }

Before me, a Notary Public, on this day personally appeared Kay Johnsonius,
known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn, declared that the statements therein contained
are true and correct.

Given under my hand and seal of office MAY 27, 1992.

TOBI A. HOBBS
MY COMMISSION EXPIRES
May 8, 1995

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

REQ: 02-01-93                                          H 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 02B

NO. 212,498

THE STATE OF TEXAS                    X   IN THE COUNTY COURT AT LAW NO 2

                                          93 MAR 31 PM 4:29
VS.                                   X   COURT OF

                                          DANA DeBEAUVOIR
                                          COUNTY CLERK
FLETCHER LEONARD G                    X   TRAVIS COUNTY, TEXAS

## DEFAULT JUDGMENT

This being the appearance day of Defendant, <u>LEONARD G FLETCHER</u>, being one and the same as the maker/co-maker of this loan, and the person who signed/co-signed the notes, and the court being regularly in session in term at the place where the above entitled and numbered cause was commenced, and judge in open Court regularly called said cause in its order on the docket, and came the plaintiff by its attorney, and though duly served with process, the said Defendant, as at all times heretofore, failed to appear or answer in this behalf, but wholly made default; wherefore, the citation with the officer's return hereon, having been on file with the clerk of this court ten days exclusive of the day of filing and of this day, the said State of Texas acting by and through the Texas Higher Education Coordinating Board and the Texas Opportunity Plan Fund, Plaintiff, out to recover its damages by occasion of the premises against the said Defendant who is in default and it appearing to the Court that the cause of action is liquidated and proved by an instrument in writing, the clerk now here having assessed the damages aforesaid at the sum indicated hereinafter which the Court finds to be the correct amount, and that all just and lawful offsets , payments, and credits have been allowed, it is therefore ORDERED, ADJUDGED, AND DECREED by the Court that the said Plaintiff, The State of Texas acting by and through Texas Higher Education Coordinating Board, and the Texas Opportunity Plan Fund, do herein recover of the said defendant the sum of <u>$56,676.86</u>, plus the sum of <u>$150.00</u> as a reasonable attorney's fee, for a total of <u>$56,826.86</u>, plus interest thereon at the rate as stated below per annum from the date of this Judgment, together with the Plaintiff's cost in this behalf expended and that Plaintiff may have its execution:

        INTEREST RATES BELOW ARE TO BE ASSIGNED RATABLY AGAINST
        THE JUDGMENT AMOUNT IN PROPORTION TO THE RELATIONSHIP OF
        THE UNPAID NOTE VALUE TO THE TOTAL UNPAID PRINCIPAL AT
        THE TIME OF JUDGMENT, WHICH IS $<u>20,000.00</u>.

| EXHIBIT | NOTE VALUE | INTEREST RATE |
|---------|-----------|---------------|
| A | $5,000.00 | .12000 |
| B | 5,000.00 | .11750 |
| C | 5,000.00 | .11750 |
| D | 5,000.00 | .11750 |
| E | | |

    Pursuant to Article 5069-1.05, as amended, 1983.
SIGNED this _____31_____ day of ____May____, 19_93_.

PG 1/DJ                                          JUDGE PRESIDING

I, Dana DeBeauvoir, County Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office on 9-25-95

Dana DeBeauvoir, County Clerk
By Deputy

00316  1521

ABSTRACT RECORD                                                    Return to: Coordinating Board
County:                                                                     Claims Processing
Vol:                                                                        P. O. Box 12788
Page:                                                                       Austin, Texas  78711

                                                        Account Number: <u>H 571 80 7395 02B</u>

## PARTIAL ASSIGNMENT

For value received, the Texas Higher Education Coordinating Board hereafter the assignor, assigns to the United States of America, hereafter the assignee, a portion equal to $_____$ of the judgment entered for $<u>56,826.86</u>$ plus interest and costs of suit, rendered in Travis County, State of Texas, on <u>MARCH 31, 1993</u>, in favor of the assignor and against <u>LEONARD G FLETCHER</u>, Cause No. <u>212,498</u>.

Assignor covenants with assignee that assignor will not release or in any way hinder assignee from enforcing this judgment.

This agreement is executed this <u>15TH</u> day of <u>MARCH</u>, 1993, by the undersigned as Assistant Commissioner for Student Services of, and on behalf of, the assignor, and is subject to the terms of the litigation agreement entered into between the parties on the 10th day of March, 1988.

(Signed) *Mack C. Adams*
MACK C. ADAMS

State of Texas
County of Travis

Before me, the undersigned authority, on this day personally appeared Mack C. Adams of the Texas Higher Education Board, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration expressed therein, in the capacity therein stated, and as the act and deed of the corporation.

Given under my hand and seal of office on the <u>15TH</u> day of <u>MARCH</u>, 1993.

EMMA L. RODRIGUEZ
Notary Public, State of Texas
My Commission Expires
JULY 28, 1996

(Signed) *Emma L. Rodriguez*
Notary Public, State of Texas

**PROOF OF SERVICE**
1013A (3) CCP Revised 5/1/88

STATE OF CALIFORNIA)
COUNTY OF ORANGE    )

    I, George Martinovich, am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1670 Santa Ana Ave., Suite "K", Costa Mesa, CA 92627.

    On November 18, 2014, I served the foregoing document described as <u>Registration of Judgment</u>, on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

    Leonard Fletcher

    Corona, CA


<u>XX</u>  BY MAIL:

<u>XX</u>  I caused such envelope to be deposited in the mail at Costa Mesa, California.
    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Costa Mesa, California.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
    <u>Executed on November 18, 2014, at Costa Mesa, California.</u>

<u>XX</u>  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____  (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.  Executed on ***, 1992, at ***, California.

_____  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


                                  George Martinovich